| Fill in this information to identify the case: |
|---|
| Debtor 1   Cristina Bonetti aka Cristina Maria Bonetti aka Cristina M Bonetti |
| Debtor 2 |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number :   20-12418-LMI |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | **Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-3** | Court claim no. (if known): | **n/a** |
|---|---|---|---|
| **Last 4 digits** of any number you use to identify the debtor's account: | **1919** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | | $0.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 04/13/2020 | $450.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Cristina Bonetti aka Cristina Maria Bonetti aka Cristina M Bonetti</u>           Case Number: <u>20-12418-LMI</u>

       First Name      Middle Name      Last Name

### Part 2:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Kristin A. Zilberstein</u>                      Date  <u>06/18/2020</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Kristin A. Zilberstein | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

Official Form 410S2            **Notice of Postpetition Mortgage Fees, Expenses, and Charges**            page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the  19th  day of June, 2020.

/S/ Kristin A. Zilberstein

---

KRISTIN A. ZILBERSTEIN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 20-12418-LMI)

Debtor
Cristina Bonetti
170 East 5th Street Unit 2
Hialeah, FL 33010

Attorney
Samir Masri
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027