# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:

CRISTINA BONETTI

*aka* Cristina Maria Bonetti
*aka* Cristina M Bonetti

            Debtor(s).            /

Case No.: 20-12418-LMI

Chapter 13

Judge: Laurel M Isicoff

## PRELIMINARY RESPONSE TO
## DEBTOR'S RESPONSE TO RULE 3002.1
## NOTICE [ECF NO. 67] IN RELATION TO CLAIM NO 6 [D.E. 68]

COMES NOW, Creditor, Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-3 ("Secured Creditor"), and files this written response to the Debtor's Response to Rule 3002.1 Notice [ECF No. 67] in Relation to Claim No 6 [D.E. 68], and as grounds therefor states:

1. On June 3, 2020, Claim 6-1 was filed in the instant case reflecting a secured claim against the Debtor's property, 170 East 5th Street, Hialeah, Florida 33010, in the amount of $ 253,756.43.

2. On February 14, 2022, the Debtor filed this instant Response to 3002.1 Notice [ECF No. 67] in Relation to Claim No 6 [D.E. 68]. Debtor's Response contends that the Debtor provided proof of homeowner's insurance and Secured Creditor is accounting for lender placed hazard insurance in the escrow portion of the monthly payment. The Debtor is objecting to the lender placed insurance.

3. Secured Creditor needs additional time to review its records to respond to the allegations contained in the response.

4. Secured Creditor reserves the right to supplement its response.

WHEREFORE, Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-3 requests that this Court deny the Debtor's Response to Rule 3002.1 Notice [ECF No. 67] in Relation to Claim No 6 [D.E. 68] and grant such other and further relief as the Court deems just and proper.

DATED this 23rd day of February 2022

    Respectfully submitted,

    /S/ Seth Greenhill
    SETH GREENHILL, ESQ.
    Florida Bar # 97938
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    Seth.Greenhill@padgettlawgroup.com
    *Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 23rd day of February 2022:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 20-12418-LMI)**

*Debtor*
Cristina Bonetti
170 E 5th St, Unit 2
Hialeah, FL 33010
*aka* Cristina Maria Bonetti
*aka* Cristina M Bonetti

*Attorney for Debtor*
Samir Masri
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

*Trustee*
Nancy K. Neidich
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130